JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-6833
   Facsimile:   (415) 436-7234
   Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

FILED
SEP 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EFRAIN OROZCO-ESPINOSA,<br><br>    Defendant. | CR No. 08-0612 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On September 19, 2008, the parties appeared before the Court for arraignment on the indictment. The Court set October 1, 2008 for trial setting. The Court agreed to exclude all time under the Speedy Trial Act between September 19, 2008 and October 1, 2008 for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties and the Court agreed that the ends of justice served by granting such a continuance for effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: September 19, 2008   /s/
KATHERINE B. DOWLING
Assistant United States Attorney

DATED: September 19, 2008   /s/
STEVEN KALAR
Attorney for Defendant

Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from September 19, 2008 through October 1, 2008, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 9/23/08

MAGISTRATE JUDGE ~~ELIZABETH D. LAPORTE~~
United States District Judge NANDOR J. VADAS

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0612 PJH